# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL: STEPHEN JUICE, | : | No. 72 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TAMMY FERGUSON, AS FACILITY MGR. SCI BENNER AND KURT LYNOTT ESQ., AS APPOINTED COUNSEL; AND HONORABLE MICHAEL BARRASSE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Motion to Recuse, the Motion for Leave to File a Reply, and the Petition for Writ of Habeas Corpus are **DENIED**. The Prothonotary is **DIRECTED** to strike the name of jurist from the caption.